ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Polaris Alpha Advanced Systems | ) ASBCA No. 62852 |
| | ) |
| Under Contract No. W15P7T-10-D-A504 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:      Kevin J. Slattum, Esq.
                                    Aaron S. Ralph, Esq.
                                      Pillsbury Winthrop Shaw Pittman LLP
                                      Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:      Arthur M. Taylor, Esq.
                                       DCMA Chief Trial Attorney
                                     Srikanti Schaffner, Esq.
                                       Trial Attorney
                                       Defense Contract Management Agency
                                       Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 9, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62852, Appeal of Polaris Alpha Advanced Systems, rendered in conformance with the Board's Charter.

Dated:  June 10, 2021

PAULA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals